**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jorge Alejandro WERNICK–CHOZET,
Defendant–Appellant.**

**No. 13–50109.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 13, 2014.

Filed Aug. 14, 2014.

Tara K. McGrath, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Benjamin P. Davis, Assistant Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: PREGERSON, REINHARDT, and NGUYEN, Circuit Judges.

ORDER *

The joint motion for summary reversal is GRANTED. The mediation conference scheduled for August 27, 2014, is VACATED. Wernick–Chozet's conviction is **REVERSED**, his sentence is **VACATED**, and this case is **REMANDED** to the district court.

We commend the parties for their prompt and professional response to the court's mediation order. Each side shall bear its own costs on appeal. A copy of this order shall constitute the mandate of this court.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.